FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN SKOW,<br><br>Defendant. | No. 2:18-CR-00029-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 51)** |
|---|---|

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 51**. Specifically, Defendant requests that electronically monitored home confinement be terminated and replaced with a curfew. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

The Court having reviewed the motion and finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 51**, is **GRANTED**. Defendant is terminated from electronically monitored home confinement and will follow a curfew of 7:00 p.m. to 7:00 a.m.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 22, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1